# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PAULO ISILDO FONTES,**

    Petitioner,

vs.                              Case No. 4:11cv292-MP/WCS

**ERIC H. HOLDER, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, who is *pro se*, initiated this case on June 15, 2011, by filing a § 2241 petition for writ of habeas corpus. Doc. 1. Petitioner is a native and citizen of Cape Verde, who was ordered removed from the United States on March 20, 2006. *Id.* Petitioner had been in custody for six months at the time of case initiation and claimed that Respondents continue to detain him even though they will be unable to remove him. Petitioner did not challenge the validity of the removal order, and only sought release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).

Respondents have filed a motion to dismiss the petition and assert that the "case no longer presents a case or controversy that can provide the Petitioner the relief he has sought herein . . . ." Doc. 11. Respondents state that Petitioner was released from

custody on August 11, 2011, and contend that this case is now moot. Respondents have submitted a copy of the Order of Supervision, showing that Petitioner was released to supervision pending removal. Doc. 11, ex. 1.

Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss, doc. 11, contains a certificate of service which indicates the document was provided to Petitioner at his last address of record at the Wakulla County Jail, and to his "forwarding address" as listed in the Order of Supervision which was attached to the motion to dismiss. The Clerk of Court will be directed to forward this report and recommendation to Petitioner at the forwarding address. If Petitioner contests this dismissal, Petitioner must file opposition within 15 days of the date this order is entered.

Accordingly, it is **ORDERED** that the Clerk of Court shall mail this ORDER and REPORT AND RECOMMENDATION to Petitioner at 62 Edson Street, Brockton, MA 02301, as well as to the address of record for Petitioner.

**REPORT AND RECOMMENDATION**

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Paula Isildo Fontes be **DISMISSED as moot** since it appears Petitioner has been granted the relief sought, release from detention.

**IN CHAMBERS** at Tallahassee, Florida, on August 30, 2011.

     s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.