IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULO ISILDO FONTES,

    Petitioner,

v.   CASE NO. 4:11-cv-00292-MP-WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, MARC MOORE, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as moot. The time for filing objections has passed, and none have been filed. Indeed, the Petitioner, once released from ICE custody, did not provide his current address to the Court. Accordingly, because the Petitioner has been released, which was the relief he sought in his Petition, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. This matter is dismissed as moot.

    **DONE AND ORDERED** this *11th* day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge